**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

10695624
1884-094

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 15 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Maylock
     DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Todd CHAPMAN | ) | Case No. 1:18mj137 |
|  | ) | |
|  | ) | |
|  | ) | |
| Defendant | ) | |

RECEIVED SEP 21 2018 U.S. MARSHAL ABINGDON, VA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Joshua Todd CHAPMAN                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 & 841 – Conspiracy to distribute and possess with the intent to distribute a substance containing methamphetamine

Date: 9/20/18

*Issuing officer's signature*
/s/ Pamela Meade Sargent

City and state:  Abingdon, VA                Pamela Meade Sargent, United States Magistrate Judge
                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)*  9/21/18 , and the person was arrested on *(date)* 10/15/18
at *(city and state)*  E/TN           .

Date:  10/15/18

*Arresting officer's signature*

HSDUSM Sutterwhite
*Printed name and title*   FOR DEA

---

\* Via writ from Sullivan Co. TN SO